

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: KEYVAN PARSA, M.D. AND MONTOYA PARK PLACE, INC.,<br><br>Relators. | §<br>§<br>§<br>§<br>§<br>§ | No. 08-21-00125-CV<br><br>AN ORIGINAL PROCEEDING<br><br>IN MANDAMUS |

## J U D G M E N T

The Court has considered this cause on the Relators' petition for writ of mandamus against the Honorable Thomas Spieczny, visiting judge of the 327th District Court of El Paso County, and concludes that Relators' petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 4TH DAY OF AUGUST, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.